# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147515(87)

_____

In re COH, ERH, JRG, KBH, Minors.

SC: 147515
COA: 309161
Muskegon CC Family Division:
08-036989-NA

_____/

On order of the Chief Justice, the motion of petitioner-appellant to extend the time for filing its brief on appeal is GRANTED. The brief submitted on November 8, 2013 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 12, 2013 _____

Clerk